# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1583. CARA WILLIAMS v. CINDY MORRIS.**

Inmate Cara Williams, a frequent filer, has filed a petition for original mandamus relief. She contends that Judge Cindy Morris, who is presiding over her case below, is consistently violating OCGA § 15-6-21 (a), which sets a 30-day limit for deciding motions. This is not a valid basis for original mandamus relief from an appellate court. As the Supreme Court held in *Brown v. Johnson*, 251 Ga. 436, 436-437 (307 SE2d 655) (1983):

> In the matter before us, petitioner has filed a petition for mandamus seeking to invoke the original jurisdiction of this court to require the respondent, a superior court judge, to enter an order in a matter allegedly pending more than thirty days in violation of OCGA § 15-6-21 (a). . . . Such petition may be filed in the appropriate superior court. Being the respondent, the superior court judge will disqualify, another superior court judge will be appointed to hear and determine the matter, and the final decision may be appealed[.]

Accordingly, Williams's mandamus petition is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/13/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*